TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-98-00230-CV

A.M.R. Limited Partnership, Appellant

v.

The Texas Lottery Commission and the Attorney General 

of the State of Texas, Appellees

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 53RD JUDICIAL DISTRICT

NO. 97-05102, HONORABLE PAUL DAVIS, JUDGE PRESIDING 

PER CURIAM

 Appellant A.M.R. Limited Partnership appeals from the trial court's summary
judgment in favor of appellees The Texas Lottery Commission and the Attorney General of the
State of Texas. Because appellant has failed to file a brief, we will dismiss the appeal for want
of prosecution. Tex. R. App. P. 38.8(a)(1), 42.3(b).

 The Clerk of this Court filed the clerk's record in this cause on May 8, 1998. 
Accordingly, appellant's brief was due on Monday, June 8, 1998. See id. 38.6(a)(1). By letter
dated June 22, 1998, the Clerk of this Court notified the parties that appellant's brief was overdue
and that the appeal was subject to dismissal unless appellant tendered a motion for extension of
time reasonably explaining the failure to file a brief. Thus far, appellant has submitted neither
a brief nor a motion for extension of time to file a brief.

 Accordingly, we dismiss the appeal for want of prosecution on our own motion. 
Id. 42.3(b).

 Appellees filed a Motion to Dismiss Appeal on June 18, 1998. Because this Court 
dismisses the appeal for want of prosecution, appellees' motion to dismiss appeal is dismissed.

Before Justices Powers, Kidd and B. A. Smith

Dismissed for Want of Prosecution

Filed: July 30, 1998

Do Not Publish